**Dismiss and Opinion Filed March 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00034-CV**

**IN RE RODNEY TURNIPSEED AND DALLAS CONTAINER CORPORATION, Relators**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06444**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

In their January 15, 2021 petition for writ of mandamus and motion for stay, relators contend that the trial court should have abated the underlying suit until real party in interest cured the defects in her capacity to bring survival claims. In her response to relators' motion for stay, real party advised us that she has filed an amended petition removing the survival claims from the underlying suit. Accordingly, we asked the parties to file letter briefs addressing whether relators' request for mandamus relief is moot.

In their letter briefs, the parties agree that this original proceeding is moot. Accordingly, we dismiss the petition for writ of mandamus, and deny the stay motion as moot.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210034F.P05